**SEALED**

**FILED**

MAR 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

BENJAMIN B. WAGNER
Acting United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-MJ-0066 DAD

| | |
|---|---|
| In re Arrest Warrant and Criminal Complaint, | ) MISC. NO. |
| | ) |
| **Derick Breski.** | ) |
| | ) |

The United States hereby applies for an order sealing the Arrest Warrant, Criminal Complaint, Affidavit and related documents, in this matter, on the grounds stated in the attached Affidavit.

DATED: March 16, 2010

_Robin Taylor_
ROBIN R. TAYLOR
Assistant U.S. Attorney

1

## ORDER

The Court hereby orders that the Arrest Warrant, Criminal Complaint, Affidavit and related documents, shall be sealed until further order of the Court or until the arrest of a defendant in this case, whichever comes first.

DATED: *March 16*, 2010

*Dale A. Drozd*
HON. DALE A. DROZD
U.S. Magistrate Judge