UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,       )<br>v.      )<br>  )<br>DERICK BRESKI,       )<br>  )<br>       Defendant.       ) | Case No. MAG. 10-0066 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DERICK BRESKI , Case No.  MAG. 10-0066 DAD  , Charge  Title 18 USC §§ 2319; 2320  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     X  Bail Posted in the Sum of $ _50,000⁰⁰ co-signed by mother_

         X  Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     X  (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 18, 2010  at  3:00  pm.

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge