1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERICK BRESKI
6

7



8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIGETED STATES OF AMERICA,       )  No. MAG-10-0066-DAD EFB
                                     )
12              Plaintiff,           )  **STIPULATION AND ORDER CONTINUING**
                                     )  **PRELIMINARY HEARING**
13         v.                        )
                                     )
14 DERICK BRESKI,                    )  Date:  May 14, 2010
                                     )  Time:  2:00 p.m.
15              Defendant.           )  Judge: Hon. Edmund F. Brennan
                                     )
16 ─────────────────────────────────

17       IT IS HEREBY STIPULATED AND AGREED TO between the United States of

18 America through Robin Taylor, Assistant United States Attorney, and

19 DERICK BRESKI, by and through his counsel, Matthew C. Bockmon,

20 Assistant Federal Defender, that the preliminary examination hearing

21 date of May 14, 2010 be vacated, and a new preliminary examination

22 hearing date of May 28, 2010 at 2:00 p.m. be set.

23       This continuance is being requested as counsel for the government

24 is currently in trial, and the parties are negotiating a plea agreement

25 with a waiver of grand jury indictment.

26       It is further stipulated and agreed between the parties that the

27 period beginning May 14, 2010, through and including May 28, 2010,

28 should be excluded in computing the time within which trial must

1  commence under the Speedy Trial Act, pursuant to 18 U.S.C.
2  § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
3  counsel.

4  Dated: May 14, 2010                    Respectfully submitted,

5                                         DANIEL J. BRODERICK
                                          Federal Defender
6

7                                         /s/ Matthew C. Bockmon
                                          MATTHEW C. BOCKMON
8                                         Assistant Federal Defender
                                          Attorney for Defendant
9                                         DERICK BRESKI

10

11 Dated: May 14, 2010                    BENJAMIN B. WAGNER
                                          United States Attorney
12

13                                        /s/ Matthew C.Bockmon for
                                          ROBIN TAYLOR
14                                        Assistant U.S. Attorney

15

16                          O R D E R

17     For the reasons set forth above, the preliminary hearing is
18 continued to May 28, 2009 at 2:00 p.m.  The Court finding good cause,
19 time is excluded from May 14, 2010 through May 28, 2010.
20 **IT IS SO ORDERED.**
21 Dated: May /4, 2010

                                          EDMUND F. BRENNAN
23                                        United States Magistrate Judge