```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERICK BRESKI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 10-mj-0066-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **PRELIMINARY HEARING** |
| v. | ) |
| | ) |
| DERICK BRESKI, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Robin Taylor, Assistant United States Attorney, and DERICK BRESKI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination hearing date of June 11, 2010 be vacated, and a new preliminary examination hearing date of June 25, 2010, at 2:00 p.m. be set.

This continuance is being requested because parties need additional time to negotiate a plea agreement with a waiver of grand jury indictment. In addition, defense counsel will not be available as he will be away from the office.

/ / /

/ / /

1     It is further stipulated and agreed between the parties that the
2 period beginning June 11, 2010, through and including June 25, 2010,
3 should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
6 counsel.

7 Dated: June 10, 2010                    Respectfully submitted,

8                                         DANIEL J. BRODERICK
                                          Federal Defender

10                                        */s/ Matthew C. Bockmon*
                                          MATTHEW C. BOCKMON
11                                        Assistant Federal Defender
                                          Attorney for Defendant
12                                        DERICK BRESKI

14 Dated: June 10, 2010                   BENJAMIN B. WAGNER
                                          United States Attorney

16                                        */s/ Matthew C.Bockmon for*
                                          ROBIN TAYLOR
17                                        Assistant U.S. Attorney

19                           **O R D E R**

20     For the reasons set forth above, the preliminary hearing is
21 continued to **June 25, 2010, at 2:00 p.m.**  The Court finding good cause,
22 time is excluded from June 11, 2010, through June 25, 2010.
23 **IT IS SO ORDERED.**
24 Dated: June 11, 2010

                                          _____
                                          U.S. MAGISTRATE JUDGE

Stipulation and Order                -2-