```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DERICK BRESKI
 6

 7
```

 8            IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. 10-mj-0066-DAD
                                    )
12              Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                    )  **PRELIMINARY HEARING**
13      v.                          )
                                    )
14  DERICK BRESKI,                  )
                                    )
15              Defendant.          )
                                    )
16  _____     )

17       IT IS HEREBY STIPULATED AND AGREED TO between the United States

18  of America through Robin Taylor, Assistant United States Attorney, and

19  DERICK BRESKI, by and through his counsel, Matthew C. Bockmon,

20  Assistant Federal Defender, that the preliminary examination hearing

21  date of June 25, 2010 be vacated, and a new preliminary examination

22  hearing date of July 9, 2010, at 2:00 p.m. be set.

23       This continuance is being requested because parties need

24  additional time to negotiate a plea agreement with a waiver of grand

25  jury indictment.

26  / / /

27  / / /

28  / / /

It is further stipulated and agreed between the parties that the period beginning June 25, 2010, through and including July 9, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: June 24, 2010                     Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         */s/ Matthew C. Bockmon*
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         DERICK BRESKI

Dated: June 24, 2010                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Matthew C.Bockmon for*
                                         ROBIN TAYLOR
                                         Assistant U.S. Attorney

## O R D E R

For the reasons set forth above, the preliminary hearing is continued to **July 9, 2010, at 2:00 p.m.**  The Court finding good cause, time is excluded from June 24, 2010, through July 9, 2010.

**IT IS SO ORDERED.**

Dated: June 28, 2010

                                         /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         United States Magistrate Judge

breski.eot

Stipulation and Order                    -2-