```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DERICK BRESKI
 6
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-mj-0066-DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **PRELIMINARY HEARING** |
| v. | ) |
| DERICK BRESKI, | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Robin Taylor, Assistant United States Attorney, and DERICK BRESKI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination hearing date of July 9, 2010 be vacated, and a new preliminary examination hearing date of July 16, 2010, at 2:00 p.m. be set.

This continuance is being requested because parties need additional time to negotiate a plea agreement with a waiver of grand jury indictment.

/ / /

/ / /

/ / /

1   It is further stipulated and agreed between the parties that the
2 period beginning July 9, 2010, through and including July 16, 2010,
3 should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
6 counsel.

Dated: July 9, 2010                     Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Matthew C. Bockmon*
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DERICK BRESKI

Dated: July 9, 2010                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Matthew C.Bockmon for*
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney

**O R D E R**

For the reasons set forth above, the preliminary hearing is continued to **July 16, 2010, at 2:00 p.m**.  The Court finding good cause, time is excluded from July 9, 2010, through July 16, 2010.

**IT IS SO ORDERED.**

Dated: July 9, 2010


                                         /s/ Edmund F. Brennan
                                        EDMUND F. BRENNAN
                                        United States Magistrate Judge

Stipulation and Order                   -2-