1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DERICK BRESKI

6

7

**FILED**

JUL **15** 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. 10-mj-0066-DAD
                                     )
12                  Plaintiff,       )  **STIPULATION AND ORDER CONTINUING**
                                     )  **PRELIMINARY HEARING**
13        v.                         )
                                     )
14  DERICK BRESKI,                   )
                                     )
15                  Defendant.       )
                                     )
16  _____ )

17        IT IS HEREBY STIPULATED AND AGREED TO between the United States

18  of America through Robin Taylor, Assistant United States Attorney, and

19  DERICK BRESKI, by and through his counsel, Matthew C. Bockmon,

20  Assistant Federal Defender, that the preliminary examination hearing

21  date of July 16, 2010 be vacated, and a new preliminary examination

22  hearing date of July 30, 2010, at 2:00 p.m. be set.

23        This continuance is being requested because parties need

24  additional time to negotiate a plea agreement with a waiver of grand

25  jury indictment.

26  / / /

27  / / /

28  / / /

1      It is further stipulated and agreed between the parties that the

2  period beginning July 16, 2010, through and including July 30, 2010,

3  should be excluded in computing the time within which trial must

4  commence under the Speedy Trial Act, pursuant to 18 U.S.C.

5  § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of

6  counsel.

7  Dated: July 15, 2010          Respectfully submitted,

8                             DANIEL J. BRODERICK
                              Federal Defender

9

10                            */s/ Matthew C. Bockmon*
                              MATTHEW C. BOCKMON

11                            Assistant Federal Defender
                              Attorney for Defendant

12                            DERICK BRESKI

13

14 Dated: July 15, 2010          BENJAMIN B. WAGNER
                              United States Attorney

15

16                            */s/ Matthew C.Bockmon for*
                              ROBIN TAYLOR

17                            Assistant U.S. Attorney

18

19                     O R D E R

20     For the reasons set forth above, the preliminary hearing is

21 continued to **July 30, 2010, at 2:00 p.m.**  The Court finding good cause,

22 time is excluded from July 16, 2010, through July 30, 2010, at 2:00

23 p.m. before Magistrate Judge Kendall J. Newman.

24 **IT IS SO ORDERED.**

25 Dated: July *15*, 2010

26

27                                               

                              DALE A. DROZD

28                            United States Magistrate Judge